EMPIRE TRUST COMPANY et al., as Trustees under the Will of HUGH O. NORTHCOTE, Deceased, Respondents, *v.* MARY NORTHCOTE et al., Respondents, and DUDLEY S. NORTHCOTE et al., as Executors of and Trustees under the Will of HUGH H. S. NORTHCOTE, Deceased, et al., Appellants.

(Argued October 18, 1933; decided November 21, 1933.)

*Langdon P. Marvin, Richard S. Emmet* and *Thomas B. Fenlon* for appellants.

*William G. Murphy* and *T. Fergus Redmond* for plaintiffs-respondents.

*Charles H. Strong,* guardian ad litem for Mary Northcote, defendant-respondent.

Judgment affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs payable out of the fund. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.